**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Republic of Kazakhstan,<br><br>Petitioner,<br><br>v.<br><br>William Scott Lawler,<br><br>Respondent. | No. MC-19-00035-PHX-DWL<br><br>**ORDER** |

On October 9, 2019, the Court denied without prejudice the Republic of Kazakhstan's Motion for Leave to File Documents Under Seal. (Doc. 5.)

Accordingly,

**IT IS ORDERED** that by **October 31, 2019**, the Republic of Kazakhstan shall file (1) an unredacted version of the application, or (2) another motion to seal that attempts to meet the *Kamakana* standard detailed in the Court's October 9, 2019 order.

**IT IS FURTHER ORDERED** that if the Republic of Kazakhstan fails to file an unredacted application or a second motion to seal by **October 31, 2019**, the Clerk of Court shall dismiss this case without prejudice and terminate the action.

Dated this 17th day of October, 2019.

Dominic W. Lanza
United States District Judge