# INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES

**BIG SKY ENERGY CORPORATION**

CLAIMANT

v.

**REPUBLIC OF KAZAKHSTAN**

RESPONDENT

---

## REQUEST FOR ARBITRATION

---

**19 June 2017**



FIETTA LLP
INTERNATIONAL LAW
1 Fitzroy Square
London W1T 5HE
Telephone: +44 (0)20 3889 9800
Fax: +44 (0)20 7387 0011

## I. INTRODUCTION

1. Big Sky Energy Corporation ("**Big Sky US**" or the "**Claimant**") submits this Request for Arbitration (the "**Request**") to the Secretary-General of the International Centre for Settlement of Investment Disputes ("**ICSID**" or the "**Centre**") in accordance with Article 36 of the Convention on the Settlement of Investment Disputes between States and Nationals of other States (the "**Convention**") and the Rules of Procedure for the Institution of Conciliation and Arbitration Proceedings (the "**Institution Rules**").

2. The Request concerns a legal dispute between the Claimant and the Republic of Kazakhstan ("**Kazakhstan**" or the "**Respondent**") arising directly out of the Claimant's investments in Kazakhstan. The dispute concerns a series of violations by the Respondent of the Treaty between the United States of America ("**USA**") and the Republic of Kazakhstan concerning the encouragement and reciprocal protection of investment (the "**BIT**").[1]

3. The summary of the dispute contained in this Request is provided for the purposes of Institution Rule 2(1)(e) and Article 25 of the Convention. It is without prejudice to the Claimant's right to set out its claim in full at the appropriate time during the arbitration.

4. At the heart of this dispute lie the Claimant's investments in, and relating to, KoZhaN LLP ("**Kozhan**"), a limited-liability partnership, established and existing under the laws of Kazakhstan.[2]

5. Around early 2003, Kozhan acquired valuable licences to explore, develop and exploit a number of oil fields in western Kazakhstan, known as the Morskoye, Dauletaly and Karatal oil fields (the "**Oil Fields**"). ███████████████████████

---

[1] BIT, ███████

[2] Around late 2014, Kozhan was re-registered in Kazakhstan as a joint-stock company (JSC).



6. The Claimant is a company incorporated in the USA.[3] The Claimant owns (and owned at all relevant times) Big Sky Energy Kazakhstan Ltd. ("**Big Sky Canada**"), a company incorporated in Canada. On 11 August 2003, Big Sky Canada acquired a 90% interest in Kozhan from the Original Owners. The transaction was completed through execution of a Sale and Purchase Agreement between Big Sky Canada and the Original Owners (the "**2003 SPA**").[4]

7. On 22 November 2005, the Claimant, through Big Sky Canada, purchased from the Original Owners their remaining 10% interest in Kozhan. Upon completion of that purchase, the Claimant indirectly owned 100% of Kozhan.



---

[3] ▬

[4] 2003 SPA, ▬

██████████████████████████████████████████████████████
████████████████████████

10. ██████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████   ████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

11. The Respondent's courts ████████████████████████ by declaring the 2003 SPA invalid on the basis of a supposed absence of spousal consent. ████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

    Their effect was ████████ to deprive the Claimant of the 90% interest in Kozhan acquired under the 2003 SPA, without any compensation.

12. ████████████ the Original Owners then ████████████████████████ ████████████████████ using the courts of Kazakhstan in order to: (1) take over the Claimant's remaining 10% interest in Kozhan; ████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████

13. ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ Within six months of taking back Kozhan, the Original Owners transferred Kozhan to a special-purpose vehicle ("SPV") ████████████████████████████████████████ ████████████████████████████████████████████ the SPV sold Kozhan for approximately US$340 million to an unrelated Chinese investor listed on the Shanghai Stock Exchange.