INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES

Big Sky Energy Corporation

v.

Republic of Kazakhstan

(ICSID Case No. ARB/17/22)

PROCEDURAL ORDER NO. 1

*Members of the Tribunal*
Prof. Bernardo M. Cremades, President of the Tribunal
Prof. Stanimir A. Alexandrov, Arbitrator
Judge Peter Tomka, Arbitrator

*Secretary of the Tribunal*
Mr. Alex B. Kaplan

17 July 2018

23. Publication

*Convention Article 48(5), Administrative and Financial Regulation 22, Arbitration Rule 48(4)*

23.1. The ICSID Secretariat will publish the award and any order or decision in the present case where both parties consent to publication. Otherwise, ICSID will publish excerpts of the award pursuant to Arbitration Rule 48(4) and include bibliographic references to rulings made public by other sources on ICSID's website and in its publications.

24. Confidentiality

24.1 Subject to §23 above, the proceedings are confidential and neither party shall make any unilateral disclosure of any content of the proceeding save and to the extent that such disclosure is mutually agreed upon. If the parties are unable to reach such mutual agreement, a party may submit a reasoned application to the Tribunal for an exception, which will be followed by observations from the other party.

_____
Professor Bernardo Cremades
President of the Tribunal
Date: 17 July 2018