INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES
1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

October 4, 2019

By email

| | |
|---|---|
| Big Sky Energy Corporation | Republic of Kazakhstan |
| c/o Mr. Stephen Fietta | c/o Ms. Belinda Paisley |
| Mr. Ashique Rahman | Ms. Chloe Carswell |
| Ms. Laura Rees-Evans | Ms. Lucy Winnington-Ingram |
| Ms. Zsófia Young | Ms. Azhar Kuzutbayeva |
| Ms. Oonagh Sands | Reed Smith LLP |
| Ms. Miglena Angelova | The Broadgate Tower |
| Fietta LLP | 20 Primrose Street |
| 1 Fitzroy Square | London EC2A 2RS, United Kingdom |
| London W1T 5HE, United Kingdom | and |
| | c/o Mr. Samuel Wordsworth QC |
| | Essex Court Chambers |
| | 24 Lincoln's Inn Fields |
| | London WC2A 3EG, United Kingdom |
| | and |
| | c/o Mr. Paul Choon Kiat Wee |
| | 3 Verulam Buildings |
| | Gray's Inn |
| | London WC1R 5NT, United Kingdom |

Re: **Big Sky Energy Corporation v. Republic of Kazakhstan**
(ICSID Case No. ARB/17/22)

Dear Sirs and Mesdames,

Please see the following correspondence from the President:

> *The Tribunal has received and reviewed* ▮▮▮▮▮ *Respondent's request to pursue 28 U.S.C. § 1782 discovery in the United States District Court for the District Court of Arizona (the "Arizona Court").* ▮▮▮▮▮ *the Tribunal notes that Respondent has indicated it will pursue such discovery in a manner as to prevent the improper disclosure to the public of any confidential information. In permitting the Respondent to pursue 28 U.S.C. § 1782 discovery in the Arizona Court, the Tribunal reserves the authority to later rule on any attempted introduction of evidence obtained*

*through the 28 U.S.C. § 1782 proceedings.* █████████████████████████
████████████████████████████████████

                                                      Yours sincerely,

                                                     Alex B. Kaplan
                                           Secretary of the Tribunal

cc: Members of the Tribunal