# EXHIBIT 3



INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES

1818 H STREET, NW | WASHINGTON, DC 20433 | USA
TELEPHONE +1 (202) 458 1534 | FACSIMILE +1 (202) 522 2615
WWW.WORLDBANK.ORG/ICSID

August 6, 2019

By email

Big Sky Energy Corporation
c/o Mr. Stephen Fietta
Mr. Ashique Rahman
Ms. Laura Rees-Evans
Ms. Zsófia Young
Ms. Oonagh Sands
Ms. Miglena Angelova
Fietta LLP
1 Fitzroy Square
London W1T 5HE, United Kingdom

Republic of Kazakhstan
c/o Ms. Belinda Paisley
Ms. Chloe Carswell
Ms. Lucy Winnington-Ingram
Ms. Azhar Kuzutbayeva
Reed Smith LLP
The Broadgate Tower
20 Primrose Street
London EC2A 2RS, United Kingdom
   and
c/o Mr. Samuel Wordsworth QC
Essex Court Chambers
24 Lincoln's Inn Fields
London WC2A 3EG, United Kingdom
   and
c/o Mr. Paul Choon Kiat Wee
3 Verulam Buildings
Gray's Inn
London WC1R 5NT, United Kingdom

Re: **Big Sky Energy Corporation v. Republic of Kazakhstan**
(ICSID Case No. ARB/17/22)

Dear Sirs and Mesdames,

Please see the following message from the Tribunal:

> The Tribunal acknowledges receipt of Respondent's 2 August 2019 letter and Claimant's 5 August 2019 response. Barring any additional information being brought to light, the Tribunal [redacted]

Yours sincerely,

Alex B. Kaplan
Secretary of the Tribunal

cc: Members of the Tribunal