# EXHIBIT 6

INTERNATIONAL CENTRE FOR SETTLEMENT OF INVESTMENT DISPUTES
_____

BIG SKY ENERGY CORPORATION

(Claimant)

v.

REPUBLIC OF KAZAKHSTAN

(Respondent)

ICSID Case No. ARB/17/22

DECISION ON REQUEST FOR BIFURCATION

December 5, 2018

*Arbitral Tribunal*:
Prof. Bernardo M. Cremades (President)
Prof. Stanimir A. Alexandrov (Arbitrator)
Judge Peter Tomka (Arbitrator)

*Secretary of the Tribunal*:
Mr. Alex Kaplan



41.

42.

43. The Tribunal considers these criteria in reaching to its decision.

V. **A**NALYSIS

44.

45.



46.

47.

48.

49.

10

## VI. DECISION

50. For the foregoing reasons:

    50.1. The Respondent's Request for Bifurcation is denied.

    50.2. Costs are reserved for a later decision.

Date: December 5, 2018

| | | |
|---|---|---|
| Prof. Stanimir A Alexandrov | Prof. Bernardo M. Cremades | Judge Peter Tomka |
| Arbitrator | President | Arbitrator |